**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7470

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM HASKELL FARMER,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Cameron McGowan Currie, District Judge.   (3:00-cr-00385-CMC-AL)

Submitted:  November 21, 2006         Decided:  December 4, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Haskell Farmer, Appellant Pro Se.  Kevin Frank McDonald, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Haskell Farmer appeals the district court's order construing his Fed. R. Crim. P. 36 motion as a petition filed under 28 U.S.C. § 2241 (2000), and dismissing it for lack of jurisdiction.  Farmer also appeals the district court's denial of his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Farmer, No. 3:00-cr-00385-CMC-AL (D.S.C. July 7, 2006; Aug. 15, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED